1  DAVID D. FISCHER, SBN 224900
2  Attorney at Law
   1007 7th Street, Suite 100
3  Sacramento, CA 95814
4  Telephone:   (916) 447-8600
   Fax:         (916) 930-6482
5  E-Mail:      davefischer@yahoo.com

6
7  Attorney for Defendant
   PABLO VASQUEZ

8
9         **IN THE UNITED STATES OF DISTRICT COURT FOR THE**
10                **EASTERN DISTRICT OF CALIFORNIA**
11

12  UNITED STATES OF AMERICA,                CR. No. 2:11-mj-176 EFB
13                 Plaintiff,
14                                           **DEFENDANT'S STIPULATION FOR**
           v.                                **CONTINUANCE OF DETENTION**
15                                           **HEARING; AND ORDER**
16  YAN EBYAM
    THOMAS JOPSON
17  DAVID JOPSON
18  AIMEE SISCO
    JESUS BRUCE
19  PABLO VASQUEZ
20  DOLF FRED PODVA,
21                Defendants.
22

23                              **STIPULATION**

24       Plaintiff, United States of America, by and through its counsel, Jason Hitt and
25  defendant Pablo Vasquez, by and through his counsel, David D. Fischer, agree and
26  stipulate to vacate the date set for a detention hearing, June 23, 2011 at 2:00 p.m., in the
27  courtroom of the Honorable Edmund F. Brennan. The parties agree that the case may be
28  set for detention hearing on June 24, 2011, at 2:00 p.m.. This stipulation has been

STIPULATION and ORDER           - 1 -

1 reached because Pretrial Services needs additional time to complete its investigation and
2 report in this matter.
3     The Government concurs with this request.
4     Accordingly, the parties respectfully request the Court adopt this proposed
5 stipulation.

IT IS SO STIPULATED.

Dated: June 23, 2011              /s/ David D. Fischer
                                                 DAVID D. FISCHER
                                                 Attorney for Defendant
                                                 PABLO VASQUEZ

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney


Dated: June 23, 2011             By:    /s/ David D. Fischer for
                                                 JASON HITT
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

## ORDER

For the reasons set forth in the accompanying stipulation of counsel, the date of June 23, 2011, will be vacated for Mr. Vasquez's detention hearing. The matter will be placed on calendar for June 24, 2011, at 2:00 p.m. before the Honorable Edmund F. Brennan for a detention hearing.

IT IS SO ORDERED

Dated: June 23, 2011.     _____
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE