```
                                    FILED
                                    June 29, 2011
                                    CLERK, US DISTRICT COURT
                                    EASTERN DISTRICT OF
                                    CALIFORNIA
                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PABLO OMAR VASQUEZ, ) <br> ) <br> Defendant. ) | Case No. MAG. 11-0176-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PABLO OMAR VASQUEZ, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_\_\_\_  Release on Personal Recognizance

   _X_   Bail Posted in the Sum of: $150,000.00.

       \_\_\_Unsecured Appearance Bond

       _X_  Secured Appearance Bond

       _X_  (Other) Conditions as stated on the record.

       _X_  (Other) Secured bond paperwork to filed by 07/13/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/29/2011   at  2:35 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge