DAVID D. FISCHER, SBN 224900
Attorney for Defendant
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 447-8600
Fax:        (916) 930-6482
E-Mail:     davefischer@yahoo.com

Attorney for Defendant
PABLO VASQUEZ

**FILED**
JUL 1 3 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>PABLO VASQUEZ,<br><br>                  Defendant. | CR.S. No. 2:11-CR-0275-JAM<br><br>STIPULATION AND [~~PROPOSED~~] **AND**<br>ORDER TO EXTEND TIME TO POST<br>SECURED BOND |

On June 29, 2011, the Honorable Edmund F. Brennan ordered Pablo Vasquez released on a $150,000 secured property bond secured by the equity in two properties located in Tehema County. A notice of agreement to forfeit property was posted with the court on June 29, 2011. Because the properties are located in Tehama County, it is taking longer than usual to secure the appraisals and PIRTs. I have contacted vendors to accomplish the appraisals and PIRTS and they are the in the process of being completed.

- 1 -

For the reasons states above, additional time is needed to post the secured bond. Accordingly, the parties agree that the deadline for posting the secured bond may be extended to July 22, 2011.

Respectfully submitted,

Dated: July 12, 2011

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
PABLO VASQUEZ

Dated: July 12, 2011

/s/ David D. Fischer for
TODD PICKLES
Assistant United States Attorney
Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: 7/13/11

HON. DALE A. DROZD
Magistrate Judge

- 2 -