DAVID D. FISCHER, SBN 224900
Attorney for Defendant
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:    (916) 447-8600
Fax:                (916) 930-6482
E-Mail:          davefischer@yahoo.com

Attorney for Defendant
PABLO VASQUEZ

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PABLO VASQUEZ,<br><br>　　　　　　　　Defendant. | CR.S.  No.  2:11-CR-275 JAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO POST SECURED BOND** |

　　　　On June 29, 2011, the Honorable Edmund F. Brennan ordered Mr. Vasquez released on a $150,000 secured property bond secured by the equity in two properties located in Tehema County.  A notice of agreement to forfeit property was posted with the court on June 29, 2011.  Because the properties are located in Tehama County, it has taken longer than usual to secure the appraisals and PIRTs.  The two properties have appraised for a combined total of $97,000.  The parties are in the process of reviewing the matter to see if a proposed stipulation can be reached to reduce the amount of the secured bond.  Mr. Sheehan will not be available until Friday, July 22, 2011, to review the file and provide his input.

- 1 -

For the reasons states above, additional time is needed to address the secured bond. Accordingly, the parties agree that the deadline for posting the secured bond may be extended to July 29, 2011.

                                                Respectfully submitted,

Dated: July 20, 2011　　　　　　　　　　/s/ David D. Fischer
　　　　　　　　　　　　　　　　　　　DAVID D. FISCHER
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　PABLO VASQUEZ

Dated: July 20, 2011　　　　　　　　　　/s/ David D. Fischer for
　　　　　　　　　　　　　　　　　　　TODD PICKLES
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: July 27, 2011
　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　Magistrate Judge