DAVID D. FISCHER, SBN 224900
Attorney for Defendant
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:    (916) 447-8600
Fax:                (916) 930-6482
E-Mail:          davefischer@yahoo.com

Attorney for Defendant
PABLO VASQUEZ

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>              v.<br><br>PABLO VASQUEZ,<br><br>                        Defendant | CR.S. No. 2:11-CR-275 JAM<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

     The defendant, Pablo Vasquez, was released on conditions that included posting a secured bond in the amount of $150,000 secured by the equity in two properties owned by the defendant's father, Pomposo Vasquez. Zillow.com placed a value of approximately $80,000 for each property. Subsequent real estate appraisals on the proffered properties have revealed that their combined value is $97,000.

     IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Pickles, counsel for plaintiff, and David D. Fischer, counsel for Pablo Vasquez, and Becky Fidelman, Pretrial Services Officer, that with regard to defendant Pablo Vasquez only, that the requirement that Mr. Pablo Vasquez post a secured bond in the amount of $150,000 secured by real property of Pomposo Vasquez be reduced to the

1  amount of $97,000 secured by real property of Pomposo Vasquez.  The amount of $97,000 represents the combined appraised value and all of the available equity in both properties being proffered.  Since the secured amount is being reduced to $97,000, it is further agreed that the defendant and his father, Pomposo Vasquez, will execute an additional unsecured bond in the amount of $53,000 to make the combined amount of secured and unsecured appearance bonds equal $150,000.

Lastly, it is agreed that the time to post the bonds be extended to Friday, August 5, 2011.

                    Respectfully submitted,

Dated:  July 26, 2011      /s/ David D. Fischer
    DAVID D. FISCHER
    Attorney for Defendant
    PABLO VASQUEZ

Dated:  July 26, 2011      /s/ Todd Pickles
    TODD PICKLES
    Assistant United States Attorney
    Counsel for Plaintiff

Dated:  July 26, 2011      /s/ Becky Fidelman
    BECKY FIDELMAN
    Pretrial Services Officer

As indicated by the parties, the bond itself remains in the amount of $150,000; however, the amount of the bond need only be secured up to the amount of $97,000.
**IT IS SO ORDERED**

Dated: August 1, 2011      /s/ Gregory G. Hollows
    HON. GREGORY G. HOLLOWS
    Magistrate Judge