1  DAVID D. FISCHER, SBN 224900
   Attorney at Law
2  1007 7th Street, Suite 100
3  Sacramento, CA 95814
   Telephone:    (916) 447-8600
4  Fax:          (916) 930-6482
5  E-Mail:       davefischer@yahoo.com

6  Attorney for Defendant
7  PABLO VASQUEZ

## IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-00275 JAM |
|---|---|
| Plaintiff, | |
| v. | **WAIVER OF PERSONAL APPEARANCE FOR DEFENDANT PABLO VASQUEZ** |
| PABLO VASQUEZ | |
| Defendant. | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, <u>except</u> upon arraignment, plea, trial confirmation hearing, impanelment of jury, during trial, and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

PDF created with pdfFactory trial version www.pdffactory.com

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

DATED:

By:  /S/ Pablo Vasquez

PABLO VASQUEZ
Defendant
(Original on file in Attorney's Office)

DATED:

By  /S/ David D. Fischer

DAVID D. FISCHER
Attorney for Defendant
PABLO VASQUEZ

**IT IS SO ORDERED**

Dated:  11/21/2011

/s/ John A. Mendez
HON. JOHN A . MENDEZ
U.S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com