DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 447-8600
Fax:        (916) 930-6482
E-Mail:     davefischer@yahoo.com

Attorney for Defendant
PABLO VASQUEZ

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO VASQUEZ,<br><br>Defendant. | CR.S.  2:11-CR-0275 JAM<br><br>**REQUEST FOR ORDER AND ORDER EXONERATING BOND**<br><br>Judge:  Hon. John A. Mendez |

On or about August 5, 2011, a $97,000 appearance bond, secured by two Deeds of Trust to the real Property of POMPOSO VASQUEZ in TEHAMA COUNTY was posted on behalf of defendant PABLO VASQUEZ.  On September 11, 2014, PABLO VASQUEZ was sentenced by this Court.

Accordingly, it is now requested that the secured bond be exonerated and that the Clerk of the District Court be directed to reconvey back to the Trustor the Deeds of Trust received by the Clerk on or about August 5, 2011.


DATED: November 17, 2011                   /s/ David D. Fischer
                                           DAVID D. FISCHER
                                           Attorney for Defendant
                                           PABLO VASQUZ

- 1 -

# **O R D E R**

IT IS HEREBY ORDERED that the appearance bond in the amount of $97,000 posted by POMPOSO VASQUEZ secured by real property in TEHAMA COUNTY, California, is hereby exonerated and the Clerk shall forthwith cause a Deed of Reconveyance to be transmitted to the Trustor at the property address contained in the Deeds of Trust.

Dated:  11/18/2014                               /s/ John A. Mendez_____
                                                 JOHN A. MENDEZ
                                                 U.S. DISTRICT COURT JUDGE